IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM TAYLOR | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-4479 |
| | : | |
| v. | : | |
| | : | |
| JOHNSON & JOHNSON, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 11th day of February, 2013, it is hereby ORDERED as follows:

1. Defendants' Motion for Summary Judgment (Dkt. No. 11) is GRANTED.

2. Plaintiff's Cross-Motion for Summary Judgment is DENIED.

3. Judgment is ENTERED in favor of Defendant Johnson & Johnson and against Plaintiff William Taylor.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II        J.